# United States Court of Appeals
# for the Federal Circuit

---

**SOPHIA X. HART,**
*Petitioner*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1241

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-22-0558-B-1.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 10, 2026
Date

Jarrett B. Perlow
Clerk of Court